[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 206.]

BANNING ET AL., APPELLEES, *v*. LAKE COUNTY ET AL.; BASTER, APPELLANT.

[Cite as *Banning v. Lake Cty.*, 2001-Ohio-262.]

*Appellate procedure—Final order—Political subdivision tort liability—R.C. 2744.02(C)—Court of appeals' judgment affirmed on authority of Stevens v. Ackman.*

(No. 00-1183—Submitted February 28, 2001—Decided March 28, 2001.)

CERTIFIED by the Court of Appeals for Lake County, No. 99-L-113.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Stevens v. Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————

*Weston, Hurd, Fallon, Paisley & Howley, L.L.P., Hilary S. Taylor* and *Gary A. Vick, Jr.*, for appellant.

————————————